IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS WISE, individually and on behalf of all similarly situated persons,<br><br>         Plaintiffs,<br><br>v.<br><br>UNIQUE WHOLESALE LLC,<br><br>         Defendant. | Civil Action No. 1:19-cv-01644-AT<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF LAWSUIT AGAINST UNIQUE WHOLESALE LLC

A Court has authorized this Notice.  This is not an advertisement.  Please review this Notice carefully, as it details certain legal rights you might have.

This Notice is to inform you of your right to join a lawsuit filed against Defendant Unique Wholesale LLC.  The lawsuit alleges Defendant violated federal minimum wage and overtime laws, and seeks to recover unpaid wages, liquidated damages, and attorneys' fees and costs on behalf of all current and former hourly employees who worked for Defendant in its warehouse in Norcross, Georgia at any time beginning April 11, 2016 to present.  The Court has not made any determination about the merits of Plaintiff's claims.  Defendant denies it violated the law or failed to pay its employees for all hours worked.

If you wish to join this lawsuit, you must complete and return the attached Consent to Join Form by [Insert].

**What This Lawsuit is About**

Plaintiff was formerly employed by Defendant to work in its warehouse in Norcross, Georgia. Plaintiff alleges the following, but Defendant disputes the allegations:

1. Defendant did not pay Plaintiff and other Warehouse Employees overtime at one-and-one-half their regular rate of pay. Rather, for the hours that Plaintiff and the Warehouse Employees recorded, Defendant paid only straight time.

2. Defendant altered the timekeeping records to reduce the time worked by Plaintiff and the Warehouse Employees creating *de facto* off-the-clock work, which resulted in failure to pay overtime.

3. Defendant did not pay Plaintiff and the other Warehouse Employees anything for the first two days worked, labelling these days as unpaid "training days" resulting in minimum wage and/or overtime violations.

4. Defendant improperly deducted rest breaks of 20 minutes or less from Plaintiff and the Warehouse Employees' reported work time in violation of 29 C.F.R. § 785.18, resulting in failure to pay overtime.

This lawsuit seeks minimum wages, overtime wages, and liquidated damages for current and former employees who worked in Defendant's Norcross warehouse at any time between April 11, 2016 and present.

As a current or former employee of Defendant, you have been identified as an individual who might be entitled to damages. The proposed collective groups in this lawsuit are defined as:

1. Hourly employees who worked in Defendant's warehouse and who Defendant did not pay overtime at one-and-one half their regular rate for all time worked in excess of 40 hours per week (the "FLSA Overtime Collective");

      2.      Hourly employees who worked in Defendant's warehouse and who Defendant did not pay minimum wage at the rate of $7.25 per hour for "training days" (the "FLSA Minimum Wage Collective").

If you meet either definition or both definitions, you have the right to join ("opt in" to) this lawsuit.

**How to Join This Lawsuit**

Enclosed with this Notice is a Consent to Join Form. If you decide to join this lawsuit, you must complete and sign the Consent to Join Form and return it by email or mail to Plaintiff's counsel:

> Justin M. Scott
> Scott Employment Law, P.C.
> 246 Sycamore Street, Suite 150
> Decatur, Georgia 30030
> jscott@scottemploymentlaw.com
> Telephone: 678.780.4880
> Facsimile: 478.575.2590

A pre-addressed and stamped envelope is included for you to return the Consent to Join Form by mail. <u>You must return the Consent to Join Form or on before [Insert Date]</u>.

If you have any difficulty accessing, filling out, or submitting the Consent to Join Form, you may contact Plaintiff's counsel, Justin M. Scott, at 678.780.4480 or jscott@scottemploymentlaw.com.

**The Legal Effect of Joining This Lawsuit**

If you decide to join this lawsuit, you will be bound by any judgment entered by the Court. While the lawsuit is proceeding, you might be required to participate in the discovery process and, if the case proceeds to trial, you might be called to testify in court. Specifically, you may be required to respond to written questions, provide documents, testify under oath during depositions and in court, or any combination of those things.

If you choose to join this lawsuit, your legal representation will be:

Justin M. Scott<br>
Scott Employment Law, P.C.<br>
246 Sycamore Street, Suite 150<br>
Decatur, Georgia 30030<br>
jscott@scottemploymentlaw.com<br>
Telephone: 678.780.4880<br>
Facsimile: 478.575.2590

If there is a recovery in this case, either by settlement or judgment, Plaintiff's counsel will ask the Court to approve a separate award of attorney's fees and costs incurred to be paid by the Defendant, and which does not reduce the amount of the settlement or judgment in favor of Plaintiff and any individuals who join the case.  You will not be required to pay attorney's fees or costs.  Additionally, if there is no recovery, you will not have to pay any attorneys' fees.

By joining the lawsuit, you designate the collective representative, THOMAS WISE, as your agent to make decisions on your behalf concerning the lawsuit, including whether to resolve the lawsuit and all other matters pertaining to this lawsuit.  These decisions and agreements made and entered into by the representative will be binding on you if you join this lawsuit.

You may also join this lawsuit by retaining another lawyer of your own choosing.  Should you choose a different lawyer to represent you, as is within your rights, the fee arrangement may differ. If you do so, your attorney must file an "opt-in" consent form with the Clerk within forty-five (45) days from the date of this Notice.  The address of the Court is: United States District Court, Northern District of Georgia, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309. The phone number of the Clerk of Court is (404) 215-1660. The Clerk cannot give legal advice about this case.

**Settlement**

Any settlement of the claims in this case, including your claims if you join this case, must be approved by the Court.  No settlement is final without Court approval.

**How to Stay Out of the Lawsuit**

If you do not want to be part of the lawsuit, you do not need to do anything.

If you do not join the lawsuit, you will not be part of the lawsuit in any way and will not be bound by or affected by the result of the lawsuit (whether favorable or unfavorable). Your decision not to join this lawsuit will not affect your right to bring a lawsuit on your own at a future time. Claims under the Fair Labor Standards Act must be brought within two (2) years of the date the claim accrues, unless the employer's violation of the law was "willful," in which case the claim must be brought within three (3) years.

**Protection Against Retaliation**

Federal law prohibits the Defendant from retaliating or discriminating against you in any way if you decide to join this lawsuit.

**Further Information**

Further information about this lawsuit or this Notice can be obtained by contacting Plaintiff's counsel at the telephone number, address, or email provided above.

Date of Notice: [Insert].

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, HONORABLE AMY TOTENBERG, DISTRICT JUDGE.

THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR OF THE DEFENDANT'S DEFENSES.